AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED

JAN 24 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Robert Alexander Shouse<br><br>*Defendant(s)* | )<br>)<br>) Case No. **H19-0154M**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 1, 2012 - January 22, 2019   in the county of   Fort Bend   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>(Sexual Exploitation of a Child)<br><br>18 U.S.C. § 2252A (a)(5)(B)<br>(Possession of Child Pornography) | Any person who employs, uses, persuades, enduces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce or in any territory or possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct. Any person who knowingly possesses or knowingly access with intent to view any book, magazine, periodical, film... |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael T. Whitmire, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/24/19

_____
*Judge's signature*

City and state:   Houston, Texas   Peter Bray, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Whitmire, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been so employed since approximately 2005. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest and performing other duties imposed by law. During my assignment with the FBI, I have participated in the execution of search warrants for documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I have investigated many cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI-mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers were used as the means for receiving, transmitting and storing child pornography as defined in Title 18, United States Code, Section 2256.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached Complaint and therefore contains only a summary of the relevant facts. The information contained in this affidavit is based on my firsthand knowledge as well as information obtained through witness interviews conducted by me or other Law Enforcement Officers or Special Agents of the FBI and a review of various records. I have not included each and every fact known by me concerning the individuals and events described herein. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that ROBERT ALEXANDER SHOUSE ("SHOUSE") has committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children) and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography).

3. Following investigation by the FBI, on January 22, 2019, law enforcement officers executed a search warrant authorizing the search of, among other things, a residence located on Lake Bardwell Court in Richmond, Texas, for the purpose of seizing evidence of a crime, fruits of a crime, contraband, and instrumentalities relating to federal offenses involving child pornography and the sexual exploitation of children. This residence is located within the Southern District of Texas and is where SHOUSE resides.

4. Law enforcement officers located, seized, and then searched digital devices from the residence for evidence of federal offenses involving child pornography and sexual exploitation of minors. Upon examination of the devices, law enforcement officers discovered several images and videos constituting child pornography – that is, visual depictions of a minor engaging in sexually explicit conduct – including visual depictions SHOUSE downloaded from the Internet.

5. One of the seized devices, an external hard drive connected to a laptop ("external hard drive"), manufactured in China, contained a folder named "personal" that contained a completed United States passport renewal application in the name of SHOUSE.

6. Several images and videos were discovered on the external hard drive. These visual depictions included depictions of minors who had not attained 12 years of age engaging in, among other things, sexually explicit conduct with adults, including penetration, sadistic or masochistic abuse, and the lascivious exhibition of the genitals or pubic area of the minors and adults. A sample of the images and videos follow.

7. One image depicts the bondage of a naked, prepubescent male who is chained to and hanging from a wooden structure, spread eagle, with what appear to be leather straps tied around his wrists and ankles. The image depicts the lascivious exhibition of the prepubescent

male's anus and genitals.

8. Another image depicts the bondage of a nude, prepubescent male who is tied to a chair with what appears to be white rope. The rope is wrapped around the prepubescent male's wrists, right elbow, genitals, and ankles. The image depicts the lascivious exhibition of the prepubescent male's genitals.

9. Another image, known to be from an identified series of child pornography, depicts a nude, prepubescent male lying on his back with his legs spread and his genitals lasciviously exhibited. Additionally, the image shows an object inserted into the prepubescent male's anus.

10. A video depicts a nude, prepubescent male masturbating. The prepubescent male is bound by the ankles, wrists, and neck with a ball-gag in his mouth.

11. Another video depicts a prepubescent male, nude from the waist down. The prepubescent male is lying on his back on top of an adult male. The adult male is penetrating the prepubescent male's anus with his penis.

12. The agents also seized a desktop computer during the search. The computer was on but in a locked state. Agents observed that the name of the user on the computer was "Robert Shouse." Connected to the desktop computer were three hard drives.

13. On one of the drives, an HGST four-terabyte internal hard drive ("HGST hard drive") made in Thailand, agents located multiple images and videos depicting child pornography. All of the images and videos located on the drive appear to be of the same prepubescent minor ("MV1"). A sample of the images and videos from the HGST hard drive depicting MV1 follow.

14.     One of the images depicts MV1 lying on his back on a white sheet. MV1 is wearing green plaid boxer shorts, and his genitals are lasciviously exhibited. The EXIF metadata from the image file shows the image was captured with an iPhone in June 2012.

15.     Another image depicts an adult male's hand pulling down MV1's green plaid boxer shorts to lasciviously expose his genitals. The EXIF metadata from the image file shows the image was captured with an iPhone in June 2012.

16.     Another image found on the HGST hard drive depicts MV1 nude, except for what appears to be a loose dog collar in his mouth. MV1 is posed, lying on his back with his legs spread apart, and his genitals are lasciviously exhibited. The EXIF metadata from the image file shows the image was captured in July 2013 with a Nikon camera registered to "Robert Shouse."

17.     Also on January 22, 2019, agents encountered SHOUSE at another residence where they confirmed his identity and had an opportunity to observe and speak with him for approximately 30 minutes.

18.     A video found on the HGST hard drive depicts MV1 masturbating an adult male whom the agents who encountered him on January 22, 2019, recognize as SHOUSE. SHOUSE's body is visible in most of the recording. The agents recognize SHOUSE's voice on the recording, and he can be heard giving MV1 instructions on how to perform the sexual act. Agents also recognize the voice and body as SHOUSE's by comparing them to other videos found on the HGST hard drive where SHOUSE's face and body are seen at various points and where his voice is heard. SHOUSE gives MV1 five dollars for the act. The EXIF metadata from the video file shows the video was captured with an iPhone in March 2013.

19.     Based on the foregoing, there is probable cause to believe that SHOUSE has

committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children) and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography).

_____
Michael Whitmire
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this __24__ day of January 2019, and I find probable cause.

_____
Peter Bray
United States Magistrate Judge

5